IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUSAN HYCHE, | ) | 1:08cv01855 BAK [DLB] |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING STIPULATION |
| | ) | OF VOLUNTARY REMAND |
| vs. | ) | (Document 16) |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

On August 26, 2009, the parties submitted a stipulation that the action be remanded to the Commissioner of Social Security for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g).

The stipulation to remand is GRANTED and the action is REMANDED to the Commissioner. The Clerk is ordered to ENTER JUDGMENT IN FAVOR of Plaintiff Susan Hyche and against Defendant Michael J. Astrue.

On remand, the Appeals Counsel shall instruct the Administrative Law Judge ("ALJ") to rule on the limitations expressed in Dr. Dozier's and Dr. Jing's assessments in their entirety. The ALJ should then propound a hypothetical question to the vocational expert that incorporates all limitations supported by the evidence of record.

IT IS SO ORDERED.

Dated:   **August 31, 2009**         /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

1